146 A.3d 644

## IN THE MATTER OF SUSAN A. LOWDEN AN ATTORNEY AT LAW (ATTORNEY NO. 001571991)

September 21, 2016

## ORDER

The Disciplinary Review. Board having filed with the Court its decision in DRB 15-269, concluding that **SUSAN A. LOWDEN** of **HADDONFIELD**, who was admitted to the bar of this State in 1991, should be censured for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b)(failure to communicate with the client), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **SUSAN A. LOWDEN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.